# IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## ASHEVILLE DIVISION
## 1:07cr80

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Vs. ) | ORDER |
| ) | |
| RAMON ALBERTO GASTELUM. ) | |
| ) | |

**THIS MATTER** coming on to be heard and being heard before the undersigned upon a motion filed by Fredilyn Sison entitled "Motion to Withdraw as Counsel of Record" (#5) and it appearing to the court at the call of this matter on for hearing that the defendant was present and that he had retained private counsel in this matter, that being Noe Levi Flores. Mr. Flores was present and he advised the court that he was making a general appearance on behalf of the defendant.

## ORDER

IT IS HEREBY **ORDERED** that the motion (#5) of Fredilyn Sison to withdraw as counsel for the defendant is hereby **ALLOWED** and that the defendant reimburse the Federal Defenders Office for all costs and expenses relating to the appointment of counsel up to and including August 13, 2007.

Signed: August 17, 2007

Dennis L. Howell
United States Magistrate Judge