IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| | ) | FILE NO. 1:07-cr-80 |
| v | ) | |
| | ) | |
| RAMON ALBERTO GASTELUM. | ) | |
| | ) | |

### ORDER

**THIS MATTER** is before the court upon the defendant's Motion for Admission *pro hac vice* (#11) of Victor H. Tascano, 625 W. Broadway, Suite B, Glendale, CA 91204, (818)241-2709, to appear as counsel for the defendant in this matter filed on August 24, 2008.

Upon careful review and consideration,

**IT IS, THEREFORE, ORDERED** that defendant's motion (#11) is **ALLOWED**, and that Victor H. Tascano is hereby granted special admission to the bar of this court, with payment of the admission fee having been paid to the Clerk of this court.

Signed: August 28, 2007

_____
Dennis L. Howell
United States Magistrate Judge