# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CRIMINAL CASE NO. 1:07-cr-80

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| vs. | ) | <u>**ORDER**</u> |
| | ) | |
| **RAMON ALBERTO GASTELUM** | ) | |
| _____ | ) | |

**THIS MATTER** is before the Court on the Defendant's <u>pro</u> <u>se</u> Motion for Reduction of Sentence filed pursuant to 18 United States Code § 3582(c)(2) and U.S.S.G. § 1B1.10(c), Amendment 782 (Nov. 1, 2014). [Doc. 24].

It appears to the Court that the Defendant has stated a colorable basis for relief in his Motion. In addition, the Probation Office has submitted a supplement to the Defendant's Presentence Report in this matter. [Doc. 25]. Based thereon, the Court determines that the United States Attorney and the Federal Defenders of WNC, Inc., should provide the Court with their respective positions regarding the Defendant's Motion.

**IT IS, THEREFORE, ORDERED** that no later than thirty (30) days from the entry of this Order, the United States Attorney and the Federal Defenders of WNC, Inc., shall file pleadings responsive to Defendant's

Motion for Reduction of Sentence.

**IT IS SO ORDERED.**

Martin Reidinger
United States District Judge